IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

Re:   Jeffery Scott Moss and                                  Case No. 3:20-bk-13891J
      Ginger LeAnn Moss, Debtors                                              Chapter 7

## APPLICATION TO EMPLOY AUCTIONEER

Comes now Hamilton M. Mitchell, Trustee, and for his Application to Employ Auctioneer, states and alleges as follows:

1. The Debtors commenced the bankruptcy case by filing a voluntary Chapter 7 petition on October 13, 2020.

2. The Trustee is the duly appointed and acting Chapter 7 Trustee in the bankruptcy case.

3. The property of the bankrupt estate includes, but is not limited to, certain real property and improvements commonly known as 20263 Crowley's Ridge Cutoff, Harrisburg, Poinsett County, Arkansas, listed on Debtors' Schedule A/B.

4. The Trustee seeks to employ Brad Wooley of Brad H. Wooley Auctioneers, Inc., an auctioneer duly bonded in the amount of $50,000.00, as auctioneer for the purpose of inspecting, appraising, marketing, and ultimately conducting a public sale of the real property listed on Debtor's Schedule A/B upon the following terms and conditions:

    a.   Commission - ten percent (10%) buyer's premium to be paid by the successful bidder OR ten percent (10%) of gross sale proceeds; and

    b.   Actual and necessary expenses.

5. Assets in addition to the items listed above may be located, collected, or recovered by the Trustee during the pendency of the bankruptcy case. If so, the Trustee requests authority for the auctioneer to sell the additional assets as well on the above terms.

WHEREFORE, the Chapter 7 Trustee prays that this Court enters an Order authorizing the employment of Brad Wooley of Brad H. Wooley Auctioneers, Inc., as auctioneers for the estate and for all other appropriate relief which the estate may be entitled.

DATE   December 14, 2020

            Respectfully Submitted,
            Hamilton M. Mitchell, Trustee

      By: */s/ Hamilton Moses Mitchell, Attorney*
         Hamilton Moses Mitchell, Attorney
         H. M. MITCHELL & CO., P.L.L.C.
         1204 N. Polk St.
         Little Rock, AR 72205
         (501) 425-3431
         hamiltonmosesmitchell@gmail.com

## **CERTIFICATE OF SERVICE**

      I, Hamilton Moses Mitchell, hereby certify that on today's date, I electronically filed the foregoing Amended Application with the Clerk of the Bankruptcy Court using the CMF\ECF system, which shall send notification of the filing to all parties that are entitled to receive notice in these proceedings.

      DATE        December 14, 2020

                                          */s/ Hamilton Moses Mitchell, Attorney*
                                          Hamilton Moses Mitchell, Attorney

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

Re: Jeffery Scott Moss and  
Ginger LeAnn Moss, Debtors

Case No. 3:20-bk-13891J  
Chapter 7

**DECLARATION OF BRAD WOOLEY**

I, Brad Wooley of Brad H. Wooley Auctioneers, Inc., state the following under oath:

1. That I am a duly licensed and insured auctioneer competent to conduct an auction as proposed by the trustee in his Application to Employ Auctioneer.

2. That I am a disinterested person within the meaning of 11 U.S.C. §101(14), not employed by or connected with or representing any interest adverse to the Debtor, creditors, or any part in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

3. That I hereby certify that neither I nor any of my insiders will directly or indirectly bid on or acquire any interest in the estate property to be sold. I further certify that I have made no arrangements with the trustee or his attorney other than selling the items auctioned for the highest bid prices except for any items upon which the trustee may have placed a reserved minimum price with respect to any item or items offered for sale.

4. That I am properly bonded in the amount of $50,000.00, and that a copy of my bond is on file with the United States Trustee's Office for the Eastern/Western Districts of Arkansas.

DATE    December 14, 2020

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2020, in Little Rock, Arkansas. 28 U.S.C. § 1746.

Brad Wooley  
Brad H. Wooley Auctioneers, Inc.  
7513 Beck Road  
Little Rock, AR 72223